UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANTON A. EWING,

                Plaintiff,

v.

ALLEVIATE TAX, LLC, and
MATTHEW REED,

                Defendants.

Case No.:  23-cv-1231-WQH-DEB

**ORDER**

HAYES, Judge:

      IT IS HEREBY ORDERED that the Joint Motion to Dismiss Pursuant to FRCP 41 (ECF No. 6) is granted. The case shall be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs. The Clerk of Court shall close this case.

Dated:  July 24, 2023

Hon. William Q. Hayes
United States District Court